IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: DIANNE DORMAN | § Case No. 16-40061-rfn13 (Chapter 13) |
| | § |
| OCWEN LOAN SERVICING, LLC as mortgage servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, its successors and/or assigns, Movant | § JUDGE RUSSELL F. NELMS |
| vs. | |
| DIANNE DORMAN, DEBTOR AND TIM TRUMAN, TRUSTEE, RESPONDENTS | |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

I, _Sonja Manderville_, declare under penalty of perjury as follows:

1. I am employed as a _Contract Management Coordinator_ of Ocwen Loan Servicing, LLC and am authorized to sign this Affidavit on behalf of Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1(the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records, I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the

14-001526-670

occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4. The Debtor DIANNE DORMAN AKA DIANNE L. DORMAN has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtor DIANNE DORMAN AKA DIANNE L. DORMAN has executed and delivered or is otherwise obligated with respect to that certain Security Instrument referenced in the Motion (the " Security Instrument"). Pursuant to that certain Security Instrument referenced in the Motion (the " Security Instrument"), all obligations of the Debtor(s) under and with respect to the Note and the Security Instrument are secured by the property referenced in the Motion.

5. As of 12/15/2016, there are one or more defaults in paying Debtors post-petition amounts due with respect to the Note.

6. As of 12/15/2016, the unpaid principal balance of the Note is $184,331.32.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtors as of **12/15/2016:**

| Number of Missed Payments | From: | To: | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 02/01/2016 | 04/01/2016 | $1,390.85 | $287.58 | $1,678.43 | $5,035.29 |
| 8 | 05/01/2016 | 12/01/2016 | $1,390.85 | $532.37 | $1,923.22 | $15,385.76 |
| | | | | Less post-petition partial payments (suspense balance): | | ($0.00) |
| | | | | | Total: | $20,421.05 |

8. As of **12/15/2016,** the total post-petition arrearage/delinquency is $20,421.05 consisting of (i) the foregoing total of missed post-petition payment in the amount of **$20,421.05** plus (ii) the following post-petition fees:

| Description | Amount: |
|---|---|
| NA | NA |
| NA | NA |

14-001526-670

9. Attached hereto as Exhibit D is a post-petition payment history.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 27th day of Dec., 2016

Signature

Sonja Manderville
Name
Contract Management Coordinator
Title

STATE OF FLORIDA

COUNTY OF PALM BEACH

The foregoing instrument was acknowledge and sworn before me this 27 day of December, 2016, by Sonja Manderville as a Contract Management Coordinator of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification

Notary Public – State of Florida

Marilyn Solivan
Printed Name

Notary Public State of Florida
Marilyn Solivan
My Commission FF 987302
Expires 04/28/2020

My commission expires: 4/28/2020

14-001526-670