**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION**

| | | |
|---|---|---|
| In re: § | | CHAPTER 13 |
| **DIANNE DORMAN** § | | |
| Debtor(s) § | | Case No. 16-40061-rfn13 |

**AMENDED EXHIBIT/WITNESS LIST FOR OCWEN LOAN SERVICING, LLC**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Ocwen Loan Servicing, LLC, ("Creditor") intends to use the following exhibits and witnesses in connection with its Motion for Relief from Automatic Stay.

## I. EXHIBITS

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| OLS-1 | Copy of Note attached to Motion for Relief from Stay | | | | |
| OLS-2 | Copy of Deed of Trust attached to Motion for Relief from Stay | | | | |
| OLS-3 | Copy of Assignment attached to Motion for Relief from Stay | | | | |
| OLS-4 | Copy of Affidavit attached to Motion for Relief from Stay | | | | |
| OLS-5 | Copy of post-petition payment history attached to Motion for Relief from Stay | | | | |
| OLS-6 | Copy of post-petition payment history prepared April 18, 2017 | | | | |

Creditor designates the following:

1. Copies of any schedules or pleadings as filed herein by the debtor or any other party;

14-001526-670

2. Copies of any Chapter 13 plan and amendments thereof filed herein by the debtor; and

3. Copies of any other exhibits designated by any other party

## II. WITNESSES

1. Roberto Montoya
   Senior Loan Analyst at Ocwen Loan Servicing, LLC
   c/o Stephen Wu
   Mackie Wolf Zientz & Mann, P.C.
   14160 Dallas Parkway, Suite 900
   Dallas, Texas 75254

2. Any witnesses designated by any other party

3. Any witness necessary to rebut the testimony of witnesses called or designated by any other party.

Creditor reserves the right to amend its list of exhibits and witnesses.

Date: April 18, 2017                    Respectfully submitted,

                                        */s/ Stephen Wu*
                                        Stephen Wu
                                        Bar No. 24042396
                                        Address: Parkway Office Center, Suite 900
                                        14160 North Dallas Parkway
                                        Dallas, TX 75254
                                        Telephone: (214) 635-2650
                                        Fax: (214) 635-2686
                                        E-mail: swu@mwzmlaw.com

14-001526-670

## Certificate of Service

      A copy of this statement was served on the persons listed below, in the manner listed below on April 18, 2017.

                                      */s/ Stephen Wu*
                                      Stephen Wu

Via ECF:
WILLIAM F. RITTER, IV
CAMPBELL CENTER I-NORTH TOWER
8350 N. CENTRAL EXPWY., SUITE 1310
DALLAS, TX 75206
Attorney for Debtor(s)

Via ECF:
TIM TRUMAN
6851 N.E. LOOP 820, SUITE 300
N RICHLAND HILLS, TX 76180
CHAPTER 13 TRUSTEE

Via ECF:
US TRUSTEE
441 G STREET, NW, SUITE 6150
WASHINGTON, DC 20530

14-001526-670