

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 20, 2017**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re:  DIANNE DORMAN | § Case No. 16-40061-rfn13 |
| | § (Chapter 13) |
| OCWEN LOAN SERVICING, LLC as | § |
| mortgage servicer for DEUTSCHE BANK | § |
| NATIONAL TRUST COMPANY, AS | § HEARING DATE: 04/19/2017 |
| TRUSTEE FOR SECURITIZED ASSET | § |
| BACKED RECEIVABLES LLC TRUST | § TIME: 01:30 PM |
| 2007-NC1, MORTGAGE PASS-THROUGH | § |
| CERTIFICATES, SERIES 2007-NC1, its | § |
| successors and/or assigns, Movant | § JUDGE RUSSELL F. NELMS |
| | § |
| vs. | § |
| | § |
| DIANNE DORMAN, DEBTOR AND TIM | § |
| TRUMAN, TRUSTEE, RESPONDENTS | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
REGARDING 100 ASCOT DR. , SOUTHLAKE, TX 76092 PURSUANT TO § 362 FILED
BY DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-NC1**

On 01/06/2017, a Motion for Relief from Automatic Stay regarding 100 ASCOT DR. ,

SOUTHLAKE, TX 76092 pursuant to 11 U.S.C. § 362 (the Motion) was filed by DEUTSCHE

BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET

14-001526-670

BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1 (hereinafter Movant) in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) - day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for Relief from the Automatic Stay regarding 100 ASCOT DR. , SOUTHLAKE, TX 76092 pursuant to 11 U.S.C. § 362 filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1 is hereby GRANTED so as to authorize DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, its successors and assigns, to exercise any and all remedies available at law and under the applicable loan documents to repossess and/or foreclose its lien upon its lien upon said real property. Further, Movant may contact the Debtor by telephone or written correspondence and, at it option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement regarding said real property, more specifically described below:

LOT 1, BLOCK 2, OF CHAPEL DOWNS, AN ADDITION TO THE CITY OF SOUTHLAKE, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET A, SLIDE 386, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.

IT IS FURTHER ORDERED that Creditor is exempt from further compliance with Fed.

14-001526-670

Bankr. Rule P. 3002.1.

#### END OF ORDER ####

14-001526-670

Approved As to Form and Substance:

*/s/ Stephen Wu*
_____
Stephen Wu
State Bar No.: 24042396
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
E-mail: swu@mwzmlaw.com

14-001526-670