**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DIANNE DORMAN |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the Northern District of Texas | |
| Case Number | 16-40061-rfn13 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | OCERN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1 | **Court Claim No.** (if known) | 5-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: | XXXXX8600 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X    No.
___   Yes. Date of the last notice: _____

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---:|
| 1. | Late Charges | | (1) $ | 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. | Attorney fees | Review of Plan and Notice of Appearance 4/26/2016 | (3) $ | 400.00 |
| 4. | Filing fees and court costs | | (4) $ | 0.00 |
| 5. | Bankruptcy/Proof of Claim fees | | (5) $ | 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. | Property inspection fees | | (7) $ | 0.00 |
| 8. | Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) $ | 0.00 |
| 11. | Other. Specify: | Objection to Confirmation 5/18/2016 | (11) $ | 500.00 |
| 12. | Other. Specify: | | (12) $ | 0.00 |
| 13. | Other. Specify: | | (13) $ | 0.00 |
| 14. | Other. Specify: | | (14) $ | 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  DIANNE DORMAN
          First Name   Middle Name   Last Name

Case Number (if known) 16-40061-rfn13

| **Part 2:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Stephen Wu
     Signature

Date   October 6, 2016

Print:   Stephen Wu

Title:   Attorney

Company:   Mackie Wolf Zientz & Mann, P.C.

Address:   Parkway Office Center, Suite 900
           14160 North Dallas Parkway
           Dallas, TX 75254

Contact phone   (214) 635-2650

Email   swu@mwzmlaw.com

## CERTIFICATE OF SERVICE

I, Stephen Wu, do hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges as required by Rule 3002.1 has been served 5th of October, 2016 upon:

Via Pre-Paid U.S. Mail:
DIANNE DORMAN
2140 E SOUTHLAKE BLVD
SOUTHLAKE, TX 76092
Debtor(s)

Via ECF:
WILLIAM F. RITTER, IV
CAMPBELL CENTER I-NORTH TOWER
8350 N. CENTRAL EXPWY., SUITE 1310
DALLAS, TX 75206-1639
Attorney for Debtor(s)

Via ECF:
TIM TRUMAN
Chapter 13 Trustee
6851 N.E. LOOP 820, SUITE 300
N RICHLAND HILLS, TX 76180

Via ECF:
US Trustee

/s/ Stephen Wu
_____
Stephen Wu
Movant's Counsel