| Exhibit A | | | |
|---|---|---|---|
| Recoverable Fees breakdown | | | |
| Eff Date | Invoice Date | Description | Amount |
| 4/26/2016 | 4/15/2016 | Review of Plan and Notice of Appearance | $ 400.00 |
| 5/18/2016 | 5/6/2016 | Objection to Confirmation | $ 500.00 |
| | | Total | $ 900.00 |

**REALRemit** — powered by an Altisource technology
OCWEN

# Invoice -

## General Information

### Requestor Information

| Field | Value |
|---|---|
| ID | |
| Name | Ocwen Loan Servicing |
| Address Line 1 | 1661 Worthington Street |
| Address Line 2 | |
| City | West Palm Beach |
| State | Florida |
| ZIP Code | 24737 |
| Phone | 561-682-8000 |

### Payment Details

| Field | Value |
|---|---|
| Confirmation Number | |
| Method | ACH |
| Amount | $400.00 |
| Date | 04/26/2016 |

### Vendor Information

| Field | Value |
|---|---|
| Vendor Id | |
| Name | Aldridge Pite LLP |
| Email | OCWinvoicing@aldridgepite.com |
| Address Line 1 | 3575 Piedmont Rd Bld 15 |
| City | Atlanta |
| Address Line 2 | Suite 500 |
| State | Georgia |
| ZIP Code | 30305 |
| Phone | (770) 944-7400 |

## Invoice Header

### Invoice Information

| Field | Value |
|---|---|
| Invoice Number | |
| Description | |
| Invoice Date | 04/22/2016 |
| Invoice Receipt Date | 04/22/2016 |
| Invoice Type | Interim |
| Payment Terms | |
| Payment Date | 04/22/2016 |
| Invoice Status | Approved |
| Pay To | |
| Reference Account # | |
| Tracking Number | |
| Comments | |
| Foreclosure Module Status | |
| Event Name | |
| Event Status | |
| Judicial | |
| FCTR Date | 02/17/2015 |
| FCTR Alias | FCTR |

### Purchase Order Information

| Field | Value |
|---|---|
| PO Number | |
| Description | Reorganization Plan |
| Product Type | Reorganization Plan |
| Date | 04/07/2016 |
| Order Type | Reorganization Plan |
| Asset Number | |
| File Number | |
| Service Transferred? | No |
| Property Close Date | |
| Unpaid Principal and Interest | 1390.85 |
| Unpaid Principal Balance | 184822.22 |
| Original Principal Balance | 190000 |
| Loan Type | 1 |
| Interest Rate | 7.975 |
| FCO (Cumulative Fee at PO) | 0 |
| Lien Position | 1st |
| Insured By | |
| Report Status Code | UC |

| FCTR Code | FC | User Hold Code | |
|---|---|---|---|
| FC Initiation Date | | Occupancy Type | A |
| FBCO | 0.00 | Principal and Interest Amount | 1390.85 |
| Event Date | | UCCC | 0 |
| Document Type | | Sale Amount Due | 166456.75 |
| | | Property Sale Date | |
| | | Other Advance | 7797.12 |
| | | Escrow Bal | -160967.41 |
| | | Hazard Suspense | |
| | | Delinquent Interest Gross | 0 |
| | | Calculated Amount | |
| | | UPI | 1390.85 |
| | | FB/IB | NO |
| | | FCO Limit Configured | |
| | | County Details | |
| | | Pool Code | |
| | | State Condition Code | |
| | | Unpaid Principal Amount | |
| | | Interest Amount | |

### Invoice Details

| Expense Code | Category Code | Description | Service Date | Total |
|---|---|---|---|---|
| | | Review of Plan and Notice of Appearance- (Rec from Brwr) | 04/15/2016 | $400.00 |

### Notes

Plan Review, Request for Special Notice and Monitoring of Chapter 13 Case

### Summary

| | |
|---|---|
| Subtotal | $400.00 |
| Total | $400.00 |
| Transaction Fee | $0.00 |
| Technology Fee | $0.00 |
| Net Total | $400.00 |

OCWEN REALRemit® — powered by an Altisource technology

# Invoice -

## General Information

### Requestor Information

| Field | Value |
|---|---|
| ID | |
| Name | Ocwen Loan Servicing |
| Address Line 1 | 1661 Worthington Street |
| Address Line 2 | |
| City | West Palm Beach |
| State | Florida |
| ZIP Code | 24737 |
| Phone | 561-682-8000 |

### Payment Details

| Field | Value |
|---|---|
| Confirmation Number | |
| Method | ACH |
| Amount | $500.00 |
| Date | 05/18/2016 |

### Vendor Information

| Field | Value |
|---|---|
| Vendor Id | |
| Name | Aldridge Pite LLP |
| Email | OCWinvoicing@aldridgepite.com |
| Address Line 1 | 3575 Piedmont Rd Bld 15 |
| City | Atlanta |
| Address Line 2 | Suite 500 |
| State | Georgia |
| ZIP Code | 30305 |
| Phone | (770) 944-7400 |

## Invoice Header

### Invoice Information

| Field | Value |
|---|---|
| Invoice Number | |
| Description | |
| Invoice Date | 05/11/2016 |
| Invoice Receipt Date | 05/11/2016 |
| Invoice Type | Interim |
| Payment Terms | |
| Payment Date | 05/11/2016 |
| Invoice Status | Approved |
| Pay To | |
| Reference Account # | |
| Tracking Number | |
| Comments | |
| Foreclosure Module Status | |
| Event Name | |
| Event Status | |
| Judicial | |
| FCTR Date | 02/17/2015 |

### Purchase Order Information

| Field | Value |
|---|---|
| PO Number | |
| Description | Reorganization Plan |
| Product Type | Reorganization Plan |
| Date | 04/07/2016 |
| Order Type | Reorganization Plan |
| Asset Number | |
| File Number | |
| Service Transferred? | No |
| Property Close Date | |
| Unpaid Principal and Interest | 1390.85 |
| Unpaid Principal Balance | 184822.22 |
| Original Principal Balance | 190000 |
| Loan Type | 1 |
| Interest Rate | 7.975 |
| FCO (Cumulative Fee at PO) | 0 |
| Lien Position | 1st |
| Insured By | UC |

| | | |
|---|---|---|
| FCTR Alias | FCTR | Report Status Code |
| FCTR Code | FC | User Hold Code | PI |
| FC Initiation Date | | Occupancy Type | A |
| FBCO | 0.00 | Principal and Interest Amount | 1390.85 |
| Event Date | | UCCC | 0 |
| Document Type | | Sale Amount Due | 171703.6 |
| | | Property Sale Date | |
| | | Other Advance | 8197.12 |
| | | Escrow Bal | -164648.41 |
| | | Hazard Suspense | 0 |
| | | Delinquent Interest Gross | |
| | | Calculated Amount | |
| | | UPI | 1390.85 |
| | | FB/IB | NO |
| | | FCO Limit Configured | |
| | | County Details | |
| | | Pool Code | |
| | | State Condition Code | |
| | | Unpaid Principal Amount | |
| | | Interest Amount | |

### Invoice Details

| Expense code | Category Code | Description | Service Date | Total |
|---|---|---|---|---|
| | | Objection to Confirmation- (Recoverable from Borrower) | 05/06/2016 | $500.00 |

#### Summary

| | |
|---|---|
| Subtotal | $500.00 |
| Total | $500.00 |
| Transaction Fee | $0.00 |
| Technology Fee | $0.00 |
| Net Total | $500.00 |